UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Angela Sumerix**, | ) | |
| | ) | Case No. 1:10-cv-1149 |
| Plaintiff, | ) | |
| | ) | Hon. Robert Holmes Bell |
| v. | ) | U.S. District Judge |
| | ) | |
| **Consumer Recovery Associates LLC,** a Virginia limited liability company, and **James G. Fox, III,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**Notice of Settlement**

The parties have agreed to settle this lawsuit with prejudice and intend to file a Stipulation of Dismissal as to all parties, no later than December 24, 2010.

Dated: December 14, 2010         /s/ Phillip C. Rogers
                                 Phillip C. Rogers (P34356)
                                 Attorney for Plaintiff
                                 40 Pearl Street, N.W., Suite 336
                                 Grand Rapids, Michigan 49503-3026
                                 (616) 776-1176
                                 ConsumerLawyer@aol.com