UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA SUMERIX,

        Plaintiff,

CASE NO. 1:10-CV-1149

HON. ROBERT HOLMES BELL

v.

CONSUMER RECOVERY
ASSOCIATES, LLC, and
JAMES G. FOX, III,

        Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties (docket # 3), this matter is hereby

**DISMISSED.**

DATED: December 29, 2010        /s/ Robert Holmes Bell
                                                ROBERT HOLMES BELL
                                                UNITED STATES DISTRICT JUDGE